UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAMAR BROWN                                    :

         Plaintiff,           :      ORDER

-v.-                                           :
                                           23 Civ. 2883 (PAE) (GWG)
AME & LULU, LLC,                               :

         Defendant.          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Plaintiff has served the defendant in this matter but has taken no action in this case since May 31, 2023. Plaintiff shall obtain a certificate of default and shall, by October 16, 2023, file any motion for a default judgment or stipulation of dismissal. Any motion for a default judgment is returnable before Judge Engelmayer and shall comply with his individual practices.

     SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge